IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JESUS FIERRO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:25CV416 |
| | ) | |
| ZACHARY TAYLOR HAMMER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 21, 2025, the Memorandum Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiffs objected to the Recommendation. (Doc. 17.) Defendants filed a response. (Doc. 18.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that the motion (Doc. 8) is GRANTED and this action be DISMISSED.

January 13, 2026

/s/   Thomas D. Schroeder
United States District Judge

January , 2026